IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

JOHN WAYNE BRIDGES,          :
                             :
              Plaintiff      :
                             :
         VS.                 :
                             :        CIVIL ACTION NO. 1:08-CV-123 (WLS)
Warden COLSON; Deputy Warden :
NAGLE, Counselor CARMANELIA  :
BRYANT,                      :        PROCEEDINGS UNDER 42 U.S.C. § 1983
                             :        BEFORE THE U.S. MAGISTRATE JUDGE
              Defendants     :
_____:

**RECOMMENDATION ON MOTION FOR TEMPORARY RESTRAINING ORDER
AND INJUNCTION**

Plaintiff **JOHN WAYNE BRIDGES** has filed a "Motion for a Temporary Restraining Order
and a Preliminary Injunction Order." All of the above named defendants are located at the Sumter
County Correctional Institution ("SCCI"). Plaintiff is no longer confined at SCCI. Under
established law in this circuit, a prisoner's claim for injunctive relief is mooted by his transfer to
another prison. *Zatler v Wainwright*, 802 F.2d 397, 399 (11th Cir. 1986); *Wahl v. McIver*, 773 F.2d
1169 (11th Cir. 1985). Accordingly, it is **RECOMMENDED** that plaintiff's motion be **DENIED**.

Under 28 U.S.C. § 636(b)(1), plaintiff may serve and file written objections to this
recommendation with the District Judge to whom this case is assigned within ten (10) days after
being   **SO RECOMMENDED**, this 26th day of August, 2008.


*/s/ Richard L. Hodge*_____
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE