**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| JOHN WAYNE BRIDGES,<br><br>    Plaintiff,<br><br>vs.<br><br>Warden COLSON; Deputy Warden NAGLE; and Counselor CARMANELIA BRYANT,<br><br>    Defendants. | CASE NO.: 1:08-CV-123 (WLS) |

**ORDER**

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. #12), filed 8/26/08. It is recommended that Plaintiff's Motion for Temporary Restraining Order and Injunction (Doc. #7) be denied. No objection has been filed.

Upon full review and consideration upon the record, the Court finds that the Report and Recommendation should be, and hereby is, ACCEPTED, ADOPTED and made the Order of the Court for the reasons of the findings made and the reasons stated therein. Accordingly, Plaintiff's Motion for Temporary Restraining Order and Injunction (Doc. #7) is DENIED.

**SO ORDERED**, this 31st day of **March, 2009.**

　　　　　　　　　　　　　　　　　　　 /s/ W. Louis Sands　　　　　　　　　
　　　　　　　　　　　　　　　　　　**W. LOUIS SANDS, JUDGE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT**